UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 96-116 |
| v. | : | |
| JANSEN CRUZ DESOUZA | : | UNSEALING ORDER |

This matter having come before the Court upon the application of the United States of America, by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Andrew Carey, Assistant United States Attorney, appearing), for an unsealing order with respect to the Indictment filed against JANSEN CRUZ DESOUZA and for good cause shown,

It is the 14th day of September, 2010,

ORDERED that, the Indictment in this matter is hereby unsealed and that a copy of the same will be made available to the government.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE