UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 96-116 |
| v. | : | |
| JANSEN CRUZ DESOUZA | : | **ORDER OF DISMISSAL** |

This matter having come before the Court upon the application of the United States of America, by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Andrew Carey, Assistant United States Attorney, appearing), for a dismissal order with respect to the Indictment filed against JANSEN CRUZ DESOUZA and for good cause shown,

It is the 14th day of September, 2010,

ORDERED that, the Indictment in this matter is hereby dismissed as to the above-named defendant without prejudice.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE